JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL LYNN, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>ZYNGA INC., A DELAWARE CORPORATION; ,<br><br>Defendant. | Case No.: CV 12-10645 R (RZx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: July 23, 2013

By: _____
UNITED STATES DISTRICT JUDGE

-1-