JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MICHAEL LYNN, AN INDIVIDUAL;

Plaintiff,

vs.

ZYNGA INC., A DELAWARE CORPORATION; ,

Defendant.

Case No.: CV 12-10645 R (RZx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: July 23, 2013

By: _____
UNITED STATES DISTRICT JUDGE

-1-